IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NOVEDEA SYSTEMS, INC. and<br>ANAND DASARI,<br><br>  Plaintiffs,<br><br>v.<br><br>COLABERRY, INC. and<br>RAM KATAMARAJA,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:20-cv-180<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

John P. Martin of The Hamm Firm ("THF") files this Notice of Appearance on behalf of plaintiffs Novedea Systems, Inc. ("Novedea") and Anand Dasari ("Dasari") (collectively, "Plaintiffs"). Plaintiffs' current counsel of record, Ryan A. Botkin and Wittliff Cutter, PLLC, and THF have filed a Motion to Substitute Counsel that is pending before the Court.

Respectfully submitted,

*/s/ John P. Martin*
John P. Martin
SBOT # 24074657
jmartin@hammfirm.com

**THE HAMM FIRM**
1333 W. McDermott, Suite 200
Allen, Texas 75013
Main:  469.656.1593
eFax:  469.656.1594

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served by ECF to counsel of record on May 16, 2020:

Rajkumar Vinnakota
Sean N. Hsu
Glenn E. Janik
JANIK VINNAKOTA LLP
8111 LBJ Freeway, Suite 790
Dallas, TX 75251
Tel.: (214) 390-9999
Fax: (214) 586-0680
kvinnakota@jvllp.com
shsu@jvllp.com
gjanik@jvllp.com

COUNSEL FOR DEFENDANTS
COLABERRY, INC. and RAM KATAMARAJA

*/s/ John P. Martin*
John P. Martin