IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NOVEDEA SYSTEMS, INC. and ANAND DASARI<br><br>    Plaintiffs,<br><br>v.<br><br>COLABERRY, INC. and RAM KATAMARAJA,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 6:20-cv-180<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

**PLAINTIFF NOVEDEA SYSTEMS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Novedea Systems, Inc. ("Novedea") provides the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1:

Novedea has no parent corporation, and no publicly held corporation owns 10% or more of Novedea's stock.

Dated: June 30, 2020.

Respectfully submitted,

Gene A. Hamm II
SBOT # 00795405
ghamm@hammfirm.com
John P. Martin
SBOT # 24074657
jmartin@hammfirm.com

**THE HAMM FIRM**
1333 W. McDermott, Suite 200
Allen, Texas 75013
Main:  469.656.1593
eFax:  469.656.1594

ATTORNEYS FOR PLAINTIFFS NOVEDEA SYSTEMS, INC. AND ANAND DASARI

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served by ECF to counsel of record on June 30, 2020:

Rajkumar Vinnakota
Sean N. Hsu
Glenn E. Janik
JANIK VINNAKOTA LLP
8111 LBJ Freeway, Suite 790
Dallas, TX 75251
Tel.: (214) 390-9999
Fax: (214) 586-0680
kvinnakota@jvllp.com
shsu@jvllp.com
gjanik@jvllp.com

COUNSEL FOR DEFENDANTS
COLABERRY, INC. and RAM KATAMARAJA

Gene A. Hamm II