# EXHIBIT A

# ARTICLES OF INCORPORATION

## OF

# NOVEDEA SYSTEMS, INC.

### ARTICLE ONE

The name of the corporation is **NOVEDEA SYSTEMS, INC.**

### ARTICLE TWO

The period of duration is perpetual.

### ARTICLE THREE

The purpose for which the corporation is organized is the transaction of any or all lawful business for which corporations may be incorporated under the Texas Business Corporation Act.

### ARTICLE FOUR

The aggregate number of shares, which the corporation shall have authority to issue, is Ten Thousand shares (10,000). The shares will consist of one class; the par value of each share will be One Dollar ($1.00).

### ARTICLE FIVE

The corporation will not commence business until it has received for the issuance of shares consideration of the value of a stated sum of at least One Thousand Dollars ($1,000) consisting of money, labor done, or property actually received, for the issuance of the shares.

Page 1 of 2 pages

*FILED In the Office of the Secretary of State of Texas MAY 26, 2005 Corporations Section*

# ARTICLES OF INCORPORATION

## OF

# NOVEDEA SYSTEMS, INC.

*Page 7/9*

### ARTICLE SIX

The street address of its initial registered office and the name of its initial registered agent at such office are:

KAVITHA RAMANNA, 6060 VILLAGE BEND DRIVE, STE 2007, DALLAS, TEXAS 75206.

### ARTICLE SEVEN

The number of directors constituting the initial board of directors are **ONE (1)** and the name and address of the persons who will serve as director until successors are elected and qualified is:

KAVITHA RAMANNA, 6060 VILLAGE BEND DRIVE, STE 2007, DALLAS, TEXAS 75206.

### ARTICLE EIGHT

The name and address of the Incorporator is:
SUNIL MAINI, 6220 CHASE OAKS, STE 101, PLANO, TX 75023.

The above statements are true and correct.

*[signature]*

Sunil Maini

May 24, 2005

Page 2 of 2 pages