

# MINUTES OF THE ORGANIZATIONAL MEETING OF
# THE BOARD OF DIRECTORS OF
# NOVEDEA SYSTEMS. INC.
# A FOR-PROFIT CORPORATION

The organizational meeting of the Board of Directors of NOVEDEA SYSTEMS. INC., a Texas business corporation (hereinafter "Business Corporation"), was held at 1750 N. Collins Blvd, Ste 212,, Richardson, Texas, 75080, on February 27, 2012.

The undersigned, being the sole member of the initial Board of Directors of NOVEDEA SYSTEMS. INC. was present. The undersigned waived notice of the meeting as evidenced by the attached Waiver of Notice signed and appended hereto.

RAMDHAN YADAV KOTAMARAJA was appointed Chairman of the meeting and ANANDA BABU DASARI was appointed Secretary of the meeting.

## MINUTE BOOK AND CORPORATE RECORDS

The Secretary submitted to the meeting the corporate record book for maintenance of the Business Corporation's records. Upon motion duly made, seconded and carried, it was

**RESOLVED**, that the corporate record book is adopted as the record book of the corporation, and further,

**RESOLVED**, that the Business Corporation maintain appropriate corporate records in the corporate record book, including but not limited to originals, copies or certified copies of the Business Corporation's original and any amended, corrected or restated, Acknowledgment of Filing, Certificate of Formation, Bylaws, minutes of meetings of shareholders and directors, and written consents of shareholders and directors.

## OFFICERS

The Chairman of the meeting then called for the election of officers of the Business Corporation. The following persons were nominated to the office preceding their name:

| **Office** | **Name** |
|---|---|
| President | RAMDHAN YADAV KOTAMARAJA |
| Secretary | ANANDA BABU DASARI |

No further nominations being made the nominations were closed and the directors proceeded to vote on the nominees. The Chairman announced that the foregoing nominees were elected to the offices set before their respective names to serve as such at the pleasure of the Board of Directors or pursuant to the terms of any written employment agreement executed by the Business Corporation and the respective officer.

## ISSUANCE OF SHARES

Upon motion duly made, seconded and carried, it was

**RESOLVED**, that the Business Corporation issue 10000 shares of the Business Corporation's authorized shares of common stock (no par value), for a purchase price of $.01 each, as follows:

| Name | No. of Shares |
|---|---|
| RAMDHAN YADAV KOTAMARAJA | 10000 |

Upon motion duly made, seconded and carried, it was

**RESOLVED**, that the undersigned has determined that the fair value of the consideration described above is as set forth above.

Upon motion duly made, seconded and carried, it was

**RESOLVED**, that upon receipt of the consideration, the officers of the Business Corporation are authorized to issue share certificates to the persons named above and to obtain, if advisable, representations from any purchaser that the shares are being acquired for investment purposes and not for distribution, and further

**RESOLVED**, that the Board of Directors of the Business Corporation may upon such terms as the Board of Directors in its discretion may determine, issue authorized shares of the Business Corporation for consideration consisting of any tangible or intangible benefit to the Business Corporation or other property of any kind or nature, including cash, promissory notes, services performed, contracts for services to be performed, other securities of the Business Corporation, or securities of any other corporation, domestic or foreign, or other entity.

## BANK ACCOUNT

Upon motion duly made, seconded and carried, it was

**RESOLVED**, that the Business Corporation establish in its name one or more accounts with one or more financial institutions on such terms and conditions as may be agreed with Bank of America, Richardson, Texas or any other financial institutions, and that the officers of the Business Corporation are authorized to execute any resolutions required by said financial institutions for such accounts and to designate the person or persons authorized to write checks on such accounts on behalf of the Business Corporation.

## FURTHER INSTRUCTIONS TO OFFICERS

Upon motion duly made, seconded and carried, it was

**RESOLVED,** that the officers of the Business Corporation are authorized to do all things and take all action necessary and helpful to carry out the above resolutions and all acts of the officers and any persons acting for the Business Corporation which are consistent with the above resolutions are ratified and adopted as the acts of the Business Corporation.

Upon motion duly made, seconded and carried, it was

**RESOLVED** that the signing of these minutes shall constitute full ratification thereof and waiver of notice of the meeting by the signatories.

The Chairman asked whether there was any further business to come before the Directors at this meeting, and there being no response, the meeting was adjourned.

DATE: February 27, 2012.

_____
ANANDA BABU DASARI
Secretary

**APPROVED:**

_____
RAMDHAN YADAV KOTAMARAJA

## WAIVER OF NOTICE AND CONSENT

**RESOLVED**, that the undersigned, being the sole member of the initial Board of Directors of NOVEDEA SYSTEMS, INC. named in the Business Corporation's Certificate of Formation filed with the Secretary of State of Texas, by approving the Minutes of the Organizational Meeting of the Directors, and by this resolution, does hereby waive notice of the time and place of the meeting, consents to the meeting and approves the contents of the Minutes of the Organizational Meeting of the Directors.

_____
RAMOHAN YADAV KOTAMARAJA
Date signed: 02-27-2012

KATAMARAJA000018