IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NOVEDEA SYSTEMS, INC., ET AL. | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | Case No. 6:20-cv-00180-JDK |
| COLABERRY, INC., ET AL. | | |
| Defendants. | | |

# MEDIATOR'S REPORT

On April 4, 2022, a mediation conference was held in the above captioned case. All parties and counsel were present. No settlement was reached at the mediation. The mediator will continue to work with the parties.

Note from the Mediator (if any):


Signed:   April 5, 2022

                                                              /s/ *Jeff Kaplan*_____
                                                              Hon. Jeff Kaplan (Ret.)
                                                              Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2022, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*/s/ Judy Stephenson*
Case Manager