# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NOVEDEA SYSTEMS, INC. and ANAND DASARI, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:20-cv-180-JDK |
| COLABERRY, INC. and RAM KATAMARAJA, | § § § § | |
| Defendants. | § § § | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

The Court hereby **SETS** a telephonic status conference in this case on **February 21, 2023,** at **10:45 a.m.** regarding the availability of an interpreter at trial. Teleconference call-in information is provided as follows:

    **Conference Dial-In: (571) 353-2301**

    **Meeting ID: 439244215**

Participants should dial in at least five minutes before the scheduled time.

So **ORDERED** and **SIGNED** this **17th** day of **February, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE